USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:21-cr-250**

USAO Number: 2019R31052

Magistrate Number:

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed *May 12, 2021*    Judge: **Rosenthal**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

**Jennifer B. Lowery, Acting USA**    **(713) 567-9000**

(713) 567-9000

| | Appt'd | Private |
|---|---|---|
| ARYION DUPREE JACKSON (Cts. 1-3) | ☐ | ☐ |
| aka "Ary" and/or "Corleon" | ☐ | ☐ |
| TASHEIKA JUANITA BUSH  (Ct. 4) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**

**(TOTAL)**
**(COUNTS:)**
**( 4 )**

Ct. 1: Sex Trafficking of Minors [18 USC  §§ 1591(a), (b), (c) and 2]

Ct. 2: Sex Trafficking of Minors and by Force, Fraud or Coercion [18 USC  §§ 1591(a), (b), (c) and 2]

Ct. 3: Coercion and Enticement [18 USC  §§ 2422(a) and section 2]

Ct. 4: Use of an Interstate Facility to Promote Sex Trafficking of a Minor [18 USC  §§ 1952(a)(3) and (b) and  2]

**PENALTY:** Ct. 1: Not less than 10 years and up to life in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 special assessment, $5000 special assessment.
Ct. 2: Not less than 10 years (under 18) or not less than 15 years (by force, fraud or coercion) up to life in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 special assessment, $5000 special assessment.
Ct. 3: Up to 20 years in prison, up to $250,000 fine, supervised release not less than 5 years up to life, a $100 special assessment, and a $5000 special assessment.
Ct. 4: Up to 5 years in prison, up to $250,000 fine, up to 3 years supervised release, a $100 special assessment.

☑ In Jail  Jackson - Marshall's Custody, Houston, TX

☐ On Bond

☑ No Arrest  Tasheika Bush

NAME & ADDRESS
of Surety:

## PROCEEDINGS: